Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000359
08-SEP-2021
08:45 AM
Dkt. 14 ODSD

NO. CAAP-21-0000359

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

CURTIS R. BROOKS, Petitioner-Appellant, v.
STATE OF HAWAIʻI, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P.P. NO. 1CPN-190000009 (CR. NO. 1PC071000394))

ORDER DISMISSING APPEAL
(By: Leonard, Presiding Judge, Nakasone and Fujise, JJ.)

Upon review of the record, it appears that:

(1) On June 7, 2021, the circuit court clerk electronically filed self-represented Petitioner-Appellant Curtis R. Brooks's (Brooks) notice of appeal to create this appeal;

(2) On June 18, 2021, the circuit court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before June 28, 2021, and July 28, 2021, respectively;

(3) Brooks failed to file either document or request an extension of time;

(4) On August 18, 2021, the appellate clerk entered a default notice informing Brooks that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on August 30, 2021, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Brooks could request relief from default by motion; and

(5) Brooks took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, September 8, 2021.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Alexa D.M. Fujise
Associate Judge